IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR VARELA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO CITY AND COUNTY, ALAN LEVY, JOHN DOE TOOMEY, DOE ONE, DOE TWO, DOE THREE, and DOE FOUR,<br><br>    Defendants. | No. C 06-01841 WHA<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE A LATE OPPOSITION** |

      Plaintiff's request to file a late opposition brief is **GRANTED**. In view of plaintiff's late-filed brief, defendants' reply will be due on **JANUARY 18, 2007**.

      **IT IS SO ORDERED.**

Dated: January 12, 2007

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE