IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR VARELA,

        Plaintiff,

  v.

SAN FRANCISCO CITY & COUNTY,

        Defendant.
                                   /

No. C 06-01841 WHA

**FINAL PRETRIAL ORDER**

**FOR GOOD CAUSE** and after a final pretrial conference, the Court issues the following final pretrial order:

    1.    This case shall go to a **JURY TRIAL** on **MARCH 19, 2007**, at **7:30 A.M.**, and shall continue until completed on the schedule discussed at the conference. The issues to be tried shall be those set forth in the joint proposed pretrial order except to the extent modified by order *in limine*. This final pretrial order supersedes all the complaint, answer and any counterclaims, cross-claims or third-party complaints, *i.e.*, only the issues expressly identified for trial remain in the case.

    2.    Rulings on the motions *in limine* shall be summarized jointly by counsel and submitted by **MARCH 16, 2007**.

    3.    Except for good cause, each party is limited to the witnesses and exhibits disclosed in the joint proposed final pretrial order less any excluded or limited by an order *in limine*. Materials or witnesses used solely for impeachment need not be disclosed and may be used, subject to the rules of evidence.

1   4. The stipulations of facts set forth in the joint proposed final pretrial order are
2   approved and binding on all parties.

3   5. A jury of **EIGHT PERSONS** shall be used.

4   6. Each side shall have **SIX HOURS** to examine witnesses (counting direct
5   examination, cross-examination, re-direct examination, re-cross examination, etc.).
6   Opening statements and closing arguments shall not count against the limit.

7   7. The parties shall follow the Court's current *Guidelines for Trial and*
8   *Final Pretrial Conference*, separately provided and available on the Internet at
9   http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

**IT IS SO ORDERED.**

Dated: March 6, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE