IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR VARELA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ALAN LEVY, JOHN DOE TOOMEY, DOE ONE, DOE TWO, DOE THREE, and DOE FOUR,<br><br>    Defendants.<br>_____/ | No. C 06-01841 WHA<br><br>**REFERRAL ORDER TO MAGISTRATE JUDGE FOR SETTLEMENT/MEDIATION** |

This case is hereby **REFERRED** to **MAGISTRATE JUDGE JOSEPH C. SPERO** for **MEDIATION/SETTLEMENT**.  (The trial date is **MARCH 19, 2007**.)

**IT IS SO ORDERED.**

Dated:  March 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE