1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   KIMBERLY A. BLISS, State Bar #207857
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, Sixth Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3861
6   Facsimile:    (415) 554-3837
    E-Mail::    kimberly.bliss@sfgov.org
7
    Attorneys for Defendant
8   CITY AND COUNTY OF SAN FRANCISCO,
    ALAN LEVY AND ROBERT TOOMEY
9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13   OSCAR VARELA,                        Case No. C06-01841 WHA

14              Plaintiff,                **MISCELLANEOUS
                                          ADMINISTRATIVE REQUEST FOR
15        vs.                             ORDER ALLOWING BATONS AND
                                          FLASHLIGHTS THROUGH
16   CITY AND COUNTY OF SAN               SECURITY; [PROPOSED] ORDER**
     FRANCISCO, ALAN LEVY, JOHN DOE
17   TOOMEY, DOE ONE, DOE TWO, DOE        Trial Date:        March 19, 2007
     THREE, AND DOE FOUR,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

---

Proposed Order Allowing Batons & Flashlights Through Security          N:\LIT\LI2007\060959\00013468.DOC
Varela v. CCSF, et al. – Case No. C06-01841 WHA

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco, Alan Levy and Robert Toomey ("Defendants") seek an Order from the Court allowing a San Francisco Police Officer or an attorney at the San Francisco City Attorney's Office to bring Defendants' police batons and flashlights through Court security for the trial in this matter.

As the Court is aware, plaintiff's claim that he was subjected to an assault and battery when he was struck by a police flashlight and police baton is set for trial beginning Monday March 19, 2007. It is anticipated that the trial will last less than a week, although the Court has advised the parties that the case may trail another case expected to last a little over a week. Accordingly, defendants seek an order allowing them to bring Defendants' police batons and flashlights through Court security through April 2, 2007.

Counsel for plaintiff does not object to this request.

Dated: March 8, 2007

                           DENNIS J. HERRERA
                           City Attorney
                           JOANNE HOEPER
                           Chief Trial Deputy
                           KIMBERLY A. BLISS
                           Deputy City Attorney


                    By:_____/s/_____
                           KIMBERLY A. BLISS

                           Attorneys for Defendants
                           CITY AND COUNTY OF SAN FRANCISCO,
                           ALAN LEVY AND ROBERT TOOMEY

Proposed Order Allowing Batons & Flashlights Through Security
Varela v. CCSF, et al. – Case No. C06-01841 WHA

N:\LIT\LI2007\060959\00013468.DOC

[Proposed] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED.  The Court Orders the United States Marshals Service to allow a San Francisco Police Officer or an attorney at the San Francisco City Attorney's Office to bring Defendants' police batons and flashlights through court security for the trial in this matter.

This Order remains valid only from March 19, 2007 until April 2, 2007.

IT IS SO ORDERED.

Dated:  March 9, 2007

By: _____
Hon. WILLIAM H. ALSUP
United States District Judge

---

3

Proposed Order Allowing Batons & Flashlights Through Security
Varela v. CCSF, et al. – Case No. C06-01841 WHA

N:\LIT\LI2007\060959\00013468.DOC