1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  OSCAR VARELA,                           No. C 06-01841 WHA
11          Plaintiff,
12      v.                                  **ORDER RE ASSESSMENT OF JURY FEES FOR LATE DISMISSAL**
13  CITY AND COUNTY OF SAN FRANCISCO, ALAN LEVY, JOHN DOE TOOMEY, DOE
14  ONE, DOE TWO, DOE THREE, AND DOE FOUR,
15
16          Defendants.
                                        /
17

    Plaintiff Oscar Varela decided to dismiss this action, and parties so stipulated, only a few minutes before jury selection was set to begin on the first day of trial. Jurors had already been summoned and had appeared for this action.

    Therefore, pursuant to Local Rule 40-1 (as well as paragraph 35 of the guidelines for jury trials before the undersigned), the jury attendance fees will be charged against plaintiff for failing to provide timely written notice of a settlement. Here, both parties demanded a jury, however, the very tardy decision to dismiss the action was plaintiff's. Accordingly, the jury attendance fees will be charged against plaintiff. The amount to be reimbursed is $2,225.35, as shown in the attached cost assessment bill, by check to be made out to Clerk, United States District Court.

On or before **MARCH 26, 2007, AT NOON**, either side may file a declaration showing cause why the fee should not be apportioned as indicated. Otherwise, please pay on or before **MARCH 27, 2007, AT NOON.**

**IT IS SO ORDERED.**

Dated: March 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE